IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| FIFTH THIRD BANK | ) |
| | ) |
| v. | ) Civil No. 3:11-0035 |
| | ) Judge Trauger |
| STEVE HULEN CONSTRUCTION, LLC, | ) |
| and FRANK SANTIAGO | |

**O R D E R**

It is hereby **ORDERED** that the Initial Case Management Conference set for June 6, 2011 is **RESET to April 15, 2011 at 10:30 a.m.**

ENTER this 12 th day of January, 2011.

ALETA A. TRAUGER
U.S. District Judge