UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FIFTH THIRD BANK, | ) |
| Plaintiff/Counterclaim-Defendant, | ) |
| v. | ) Case No. 3:11-0035 <br> ) Judge Trauger |
| STEVE HULEN CONSTRUCTION, LLC, <br> G. STEVE HULEN and JANICE HULEN, | ) |
| Defendants/Counterclaim-Plaintiffs. | ) |

## ORDER

For the reasons discussed in the accompanying Memorandum, Fifth Third Bank's Motion to Dismiss (Docket No. 20) is **GRANTED IN PART AND DENIED IN PART** as fully explained in the Memorandum and Fifth Third Bank's Motion to Strike (Docket No. 18) is **DENIED**.

It is so ordered.

Enter this 14th day of June 2011.

ALETA A. TRAUGER
United States District Judge